IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00149-LTB-MEH

CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 1,

    Plaintiff,

v.

JP MORGAN CHASE BANK N.A., as successor in interest to Washington Mutual Bank, FA, and SHARON JONES, Treasurer, State of Colorado, Douglas County,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 17, 2010.**

    Defendant JPMorgan Chase Bank N.A.'s Unopposed Motion to Vacate Settlement Conference [filed September 15, 2010; docket #29] is **granted**. The Settlement Conference currently scheduled for September 21, 2010 is hereby **vacated**. The parties are invited to contact my Chambers at any time during the course of the litigation if they desire my assistance in the settlement of this case.