IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00149-LTB-MEH

CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 1,

    Plaintiff,

v.

JP MORGAN CHASE BANK N.A., as successor in interest to Washington Mutual Bank, FA, and SHARON JONES, Treasurer, State of Colorado, Douglas County,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on October 14, 2010.**

    The Joint Notice of Settlement and Motion for Stay of Deadlines [filed October 12, 2010; docket #32] is **granted** as follows. The deadlines in this matter are hereby **stayed** pending the filing of dismissal papers, due on or before **November 12, 2010**. (*See* docket #33.)