**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  10-cv-00149-LTB-MEH

CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 1,

       Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., as successor in interest to Washington Mutual Bank, FA; and
STATE OF COLORADO, COUNTY OF DOUGLAS, SHARON JONES, TREASURER,

       Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 38 - filed November 19, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                              BY THE COURT:

                                s/Lewis T. Babcock
                              Lewis T. Babcock, Judge

DATED:   November 22, 2010