**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No. 10-cv-00149-LTB-MEH

CHERRY CREEK SOUTH METROPOLITAN DISTRICT NO. 1,

    Plaintiff,

v.

JPMORGAN CHASE BANK, N.A., as successor in interest to Washington Mutual Bank, FA; and
STATE OF COLORADO, COUNTY OF DOUGLAS, SHARON JONES, TREASURER,

    Defendants.

---

**ORDER**

---

THIS MATTER having come before the Court on the Stipulation of Dismissal of State of Colorado, County of Douglas, Sharon Jones, Treasurer (Doc 40 - filed November 23, 2010), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITHOUT PREJUDICE as to Defendant State of Colorado, County of Douglas, Sharon Jones, Treasurer,** each party to pay their own fees and costs.

                                                     BY THE COURT:

                                                      s/Lewis T. Babcock
                                                      Lewis T. Babcock, Judge

DATED:  November 29, 2010